PUBLIC SERVICE ELECTRIC AND GAS COMPANY v. ST. PAUL FIRE & MARINE INSURANCE CO., CONTINENTAL INSURANCE CO., NATIONAL UNION FIRE INSURANCE CO., ALSO KNOWN AS AMERICAN INTERNATIONAL ADJUSTMENT CO., HOME INDEMNITY CO. AND TRAVELLERS INSURANCE CO.

October 7, 1986.

The Court having been informed by counsel for petitioner that the matter has been settled by all parties, and petitioner having sought to withdraw its application before this Court;

It is ORDERED that the petition for certification is hereby dismissed, without costs.

STATE OF NEW JERSEY v. ROBERT KEITH STEWART.

October 7, 1986.

A petition for certification having been submitted to the Court, and the Court having been informed that defendant was paroled on June 5, 1986, and good cause appearing;

It is ORDERED that the petition for certification in the within matter is dismissed as moot.

STATE OF NEW JERSEY v. DENNIS PORTER.

October 15, 1986.

Petition for certification denied. (See 210 *N.J.Super.* 383)